# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RONALD SATISH EMRIT,**

    **Plaintiff,**

**v.**                                                                 Case No. 3:24cv13-TKW-HTC

**PROGRESSIVE INSURANCE COMPANY, et al.,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees that this case should be dismissed for lack of jurisdiction and that sanctions should be imposed on Plaintiff as a vexatious litigant.  Accordingly, it is

    **ORDERED** that

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED WITHOUT PREJUDICE** due to lack of jurisdiction.

3. Plaintiff is declared a vexatious and abusive litigant and is enjoined and prohibited from filing any new complaints in this District unless the complaint is accompanied by either:

    a. full payment of the filing fee; or

    b. an affidavit by a licensed attorney in good standing in this District or in the jurisdiction where the attorney is admitted, attesting that the attorney has reviewed the complaint and finds the factual allegations alleged provide a good faith basis for venue and jurisdiction in this District.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 5th day of February, 2024.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**